**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-3164-LOUIS

UNITED STATES OF AMERICA
    Plaintiff,

v.

DROR SVORAI,
    Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **NORTHERN DISTRICT OF OHIO,** a Complaint was filed against the above-named defendant on a charge of **CONSPIRACY TO COMMIT SECURITIES FRAUD/WIRE FRAUD,** and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lauren F. Louis at Miami, Florida, which officially committed the defendant for removal to the **NORTHERN DISTRICT OF OHIO**, it is

**ORDERED AND ADJUDGED** that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lauren F. Louis for removal and posted bail in the amount of **Stipulated $1,000,000.00 Personal Surety Bond,** which was approved by the United States Magistrate Judge Lauren F. Louis, and it is further **ORDERED** that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further **ORDERED** that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

**DONE AND ORDERED** at Miami, Florida on July 23, 2019.

_____
Lauren F. Louis
United States Magistrate Judge