AO 442 (Rev. 11/11) Arrest Warrant

FID: 10936675

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2019 JUL 25 PM 12: 5[?]
CLERK U.S. DISTRICT C[?]
NORTHERN DISTRICT OF O[?]
CLEVELAND

| United States of America | ) |
|---|---|
| v. | ) |
| DROR SVORAI | ) Case No. 1:19mj3191 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DROR SVORAI

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Securities Fraud)
18 U.S.C. § 1348 (Securities Fraud)
18 U.S.C. § 1343 (Wire Fraud)

Date: 07/19/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

Thomas M. Parker, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/22/2019, and the person was arrested on *(date)* 07/22/2019
at *(city and state)* _____

Date: 07/25/2019

*Arresting officer's signature*

C. Doctus/USMS
*Printed name and title*