## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

### CASE NO. 19-MJ-3191-TMP

#### UNITED STATES OF AMERICA

v.

#### DROR SVORAI

Defendant.

_____/

### WAIVER OF PRELIMINARY HEARING

I have been advised by my counsel and by the court under the Federal Rules of Criminal

Procedure to have a preliminary hearing in the above-captioned matter at which the government

would have to establish that there was probable cause to believe that I committed the violation

with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a

preliminary hearing and consent that the proceedings may be bound over to the grand jury.

Janine Bartels
Commission # FF996688
Expires: May 26, 2020
Bonded thru Aaron Notary

_____
Dror Svorai
Defendant

_____
David J. Sobel
Attorney for defendant

Approved: _____
Thomas M. Parker
United States Magistrate Judge

Dated: August _9_, 2019