**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

**CASE NO. 19-MJ-3191-TMP**

FILED
3:54 PM, Aug 13, 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**UNITED STATES OF AMERICA**

v.

**DROR SVORAI**

                Defendant.
_____/

## WAIVER OF SPEEDY TRIAL ACT OF 1974 AND ORDER

      The below signatures reflect the parties' representations that the parties have requested a continuance of defendant's time to indict beyond the 30 day limit set forth in the Speedy Trial Act of 1974, 18 U.S.C. §3161 (hereinafter "The Act"). The defendant further represents that he has discussed his rights under the Act and specifically state that his interests will be best served by the granting of a continuance.

      The attorney for the defendant hereby represents that he has discussed the Defendant's right under the act with him, is satisfied that the defendant understands said rights, and concurs with the decision of the defendant that a continuance will be in the Defendant's best interest.

      For reasons orally set forth, and as indicated below, this court finds that the ends of justice which would be served by the granting of a continuance outweigh the best interests of the public and the defendant in being charged. 18 U.S.C. §3161(b) and §3161 (h). Specifically, the court hereby finds that:

      **The defendant's arrest preceded his indictment, and the facts upon which the grand jury must base its determination are unusual or complex.**

      Therefore, this court hereby grants the Defendant's Request for Continuance. In the interest of justice, and at the specific request of the defendant, the 30 day limit within which the defendant shall be indicted, as set forth in the Speedy Trial Act of 1974, has been extended until _September 20_, 2019

1



Thomas M. Parker, United States Magistrate Judge
**Electronically Signed at Cleveland, Ohio**
3:53 PM, Aug 13, 2019

Defendant, Dror Svorai

David J. Sobel
Attorney for Dror Svorai

CHANTELLE MCCOLLIN
MY COMMISSION # GG 254471
EXPIRES: February 5, 2022
Bonded Thru Notary Public Underwriters

Attorney for the United States
Alejandro A. Abreu